IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELUTIA INC.                                ) <br> (f/k/a AZIYO BIOLOGICS, INC.)     ) <br>                                                    ) <br> 12510 Prosperity Drive                 ) <br> Suite 370                                     ) <br> Silver Spring, MD 20904              ) <br>                                                    ) <br>      Plaintiff,                              ) <br>                                                    ) <br> v.                                                ) <br>                                                    ) <br> MCGRIFF INSURANCE SERVICES, LLC,  ) <br> Suite 200                                     ) <br> 3201 Beechleaf Court                  ) <br> Raleigh, NC 27604                      ) <br>                                                    ) <br>      Defendant.                          ) | Case No. 8:23-cv-03359-AAQ |

**CONSENT MOTION FOR EXTENSION OF
TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant McGriff Insurance Services, LLC ("McGriff"), by counsel, respectfully moves the Court for an Order extending the time for it to file its response to Plaintiff, Elutia Inc.'s (f/k/a Aziyo Biologics, Inc.) ("Plaintiff") Complaint, through and including **January 15, 2024**. In support of this motion, McGriff states as follows:

1. Plaintiff filed its Complaint on December 11, 2023.

2. McGriff was served on December 17, 2023, requiring McGriff's response to Plaintiff's Complaint on or before January 8, 2024.

3. McGriff respectfully requests a 7-day extension, through and including **January 15, 2024**, for it to answer, move, plead, defend, or otherwise respond to the Complaint.

4. This motion is timely, as it is filed before the original deadline to respond to the Complaint.

5. This motion is filed for good cause, and not for delay or any other improper purpose.

6. Counsel for all Parties have conferred about this extension, and all Parties consent to the extension request.

**WHEREFORE**, McGriff respectfully requests an extension of time through and including **January 15, 2024**, for it to answer, move, plead, defend, or otherwise respond to the Plaintiff's Complaint.

This the 3rd day of January, 2024.


/s/ *Kamil Ismail*
Jeffrey J. Hines (Bar No. 03803)
Kamil Ismail (Bar No. 12053)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Telephone: (410) 783-4000
Facsimile: (410) 783-4040
jjh@gdldlaw.com
kxi@gdldlaw.com

*Counsel for Plaintiff Elutia Inc. (f/k/a Aziyo Biologics)*

/s/ *Elena D. Marcuss*
Elena D. Marcuss (Bar No. 25547)
MCGUIREWOODS, LLP
500 East Pratt Street, Suite 1000
Baltimore, MD 21202
Telephone:   (410) 659-4454
Facsimile:   (410) 659-4547
emarcuss@mcguirewoods.com

*Counsel for Defendant McGriff Insurance Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELUTIA INC. | ) | |
| (f/k/a AZIYO BIOLOGICS, INC.) | ) | |
| | ) | |
| 12510 Prosperity Drive | ) | Case No. 8:23-cv-03359-AAQ |
| Suite 370 | ) | |
| Silver Spring, MD 20904 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MCGRIFF INSURANCE SERVICES, LLC, | ) | |
| Suite 200 | ) | |
| 3201 Beechleaf Court | ) | |
| Raleigh, NC 27604 | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on January 3, 2024, I electronically filed the foregoing *Consent Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> Jeffrey J. Hines
> Kamil Ismail
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> jjh@gdldlaw.com
> kxi@gdldlaw.com

> */s/ Elena D. Marcuss*
> Elena D. Marcuss (Bar No. 25547)
> McGuire Woods, LLP
> 500 East Pratt Street, Suite 1000
> Baltimore, MD 21202

3

Telephone: (410) 659-4454
Facsimile: (410) 659-4547
emarcuss@mcguirewoods.com

*Counsel for Defendant McGriff Insurance Services, Inc.*